UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2689 PAM/RLE

DAVID SCHROEDER,

Plaintiff,

v.

**O R D E R**

DEPARTMENT OF VETERANS AFFAIRS, VA MEDICAL CENTER, TWIN PORTS VETERANS AFFAIRS OUTPATIENT CLINIC, DR. KENNETH BROMEN, AND DR. JOSEPH SIVAK,

Defendants.

Upon application of the Defendants, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to May 15, 2001, or 60 days after proper service, whichever is the later.

Dated: 3/20/01

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

5

FILED MAR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK