UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2689 PAM/RLE

| | | |
|---|---|---|
| DAVID SCHROEDER,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, VA MEDICAL CENTER, TWIN PORTS VETERANS AFFAIRS OUTPATIENT CLINIC, DR. KENNETH BROMEN, AND DR. JOSEPH SIVAK,<br><br>Defendants. | ) | **O R D E R** |

Upon motion of the Federal Defendants to substitute the United States as the sole Defendant to the tort allegations in the complaint, and it appearing to the Court that this is a common law tort action against federal employees Dr. Kenneth Bromen and Dr. Joseph Sivak arising out of actions taken within the scope of their employment,

IT IS ORDERED, pursuant to 28 U.S.C. §2679(d)(1), that the United States be substituted as the Defendant to the allegations in the complaint herein in place of Federal Defendants Dr. Kenneth Bromen and Dr. Joseph Sivak, and that the title of the action be amended accordingly; and

JUN 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FURTHER ORDERED that as to Defendants Dr. Kenneth Bromen and Dr. Joseph Sivak this action is dismissed with prejudice.

Dated: June 5, 2001

PAUL A. MAGNUSON
U.S. District Court Judge