UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2689 PAM/RLE

DAVID SCHROEDER,

Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, VA MEDICAL CENTER, TWIN PORTS VETERANS AFFAIRS OUTPATIENT CLINIC, AND THE UNITED STATES OF AMERICA,

Defendants.

**STIPULATION**

Now comes the Defendant, the United States of America, by and through its attorneys, Robert M. Small, United States Attorney, and Patricia R. Cangemi, Assistant United States Attorney, and hereby stipulates with Plaintiff, David Schroeder, by and through his attorney, Laura Schacht, to the following:

1. Plaintiff seeks to amend his complaint in Civil No. 00-2689.

2. The deadline for amendment per the Pretrial Order was August 1, 2001.

3. Without in any way conceding the merits of the claim or the jurisdiction of the Court, or waiving any defenses, the Defendant will accede to the filing and service of the Second Amended Complaint.

4. The parties agree that if the Court permits the filing of the Amended Complaint, the Defendant shall have 10 days from the

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

date of service of the Amended Complaint to answer or otherwise respond.

**SO STIPULATED.**

Dated: 9-18-01

ROBERT M. SMALL
United States Attorney

BY: PATRICIA R. CANGEMI
Assistant United States Attorney
Attorney I.D. No. 153527
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 9-18-01

LAURA SCHACHT
Attorney for Plaintiff
Attorney I. D. No. 251070
Johnson, Killen & Seiler, P.A.
800 Wells Fargo Center
230 West Superior Street
Duluth, MN 55802
(218) 722-6331

SEP-18-2001 13:27 US ATTORNEY'S OFFICE MINN 612 664 5788 P.04/04

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2689 PAM/RLE

DAVID SCHROEDER,

Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, VA MEDICAL CENTER, TWIN PORTS VETERANS AFFAIRS OUTPATIENT CLINIC, AND THE UNITED STATES OF AMERICA,

Defendants.

ORDER

Based upon the Stipulation of the parties, it is hereby

**ORDERED**,

1. Plaintiff may file its Amended Complaint;

2. The hearing date of October 4, 2001, is hereby cancelled.

**SO ORDERED.**

Dated: 9/19/01

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK AH