UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2689 PAM/RLE

| | |
|---|---|
| DAVID SCHROEDER,<br>Plaintiff,<br>v.<br>DEPARTMENT OF VETERANS AFFAIRS, VA MEDICAL CENTER, TWIN PORTS VETERANS AFFAIRS OUTPATIENT CLINIC, AND THE UNITED STATES OF AMERICA,<br>Defendants. | **O R D E R** |

Based upon the Stipulation for Compromise Settlement and Release of Claims signed by the parties, and the Court being duly advised that this matter has been settled, it is hereby

**ORDERED** that this case be dismissed in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2002

PAUL A. MAGNUSON
United States District Court Judge

FILED FEB 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 04 2002
DEPUTY CLERK